# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| BILLY DELACEY, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 1:26-cv-02036-TPO |
| | ) | |
| VOICE SEARCH LOCAL, LLC, | ) | |
| JOHN DOE(S) | ) | |
| | ) | |
| Defendants | ) | |

## MOTION FOR REISSUANCE OF SUMMONS AND SERVICE UPON REGISTERED AGENT

I request reissuance of the summons as to the defendant, Voice Search Local, LLC for the following reasons:

## BACKGROUND

1. On May 7th, 2026, I commenced this action under the Telephone Consumer Protection Act, 47 U.S.C. § 227.

2. On May 12th, I was granted leave to proceed in forma pauperis, and service was ordered through the United States Marshals Service.

3. On June 15th, the summons directed to the defendant, Voice Search Local, LLC, was returned unexecuted.

4. The return of service indicates that Voice Search Local, LLC was not located at the Port Saint Lucie, Florida address provided for service, and that the location was occupied by another business.

5. I had provided that address in good faith after locating it through multiple publicly available sources, including recent federal court filings pertaining to *Aleman v. Voice Search Local, LLC*, 7:26-cv-00027-DC-RCG.

6. I have since reviewed the records of the Florida Division of Corporations (Sunbiz) and determined that Voice Search Local, LLC remains listed as an active Florida limited liability company and continues to list the previously submitted Port Saint Lucie address as its principal business address.

7. Sunbiz records further identify Jose Esquivel as the registered agent for Voice Search Local, LLC at 303 Asbury Way, Boynton Beach, Florida 33426.

8. The same records reflect that Voice Search Local, LLC filed an annual report on April 24th, 2026, indicating that the company remains active and maintains a registered agent for service of process.

## SUPPORTING ARGUMENTS

1. I am proceeding in forma pauperis and am entitled to rely upon the court and the United States Marshals Service for service of process.

2. The unsuccessful service attempt was not caused by any lack of diligence on my part; the address utilized for service was identified through multiple public, reliable sources, and is consistent with the defendant's publicly listed information.

3. I acted promptly to investigate the failed service attempt and have identified a currently listed registered agent through the official records maintained by the State of Florida.

4. Good cause exists to permit a renewed service attempt because the defendant remains an active business entity and a registered agent has been identified.

5. Sunbiz records indicate that Voice Search Local, LLC remains an active business entity and maintains a registered agent for service of process. Those records provide a reasonable basis to believe that service upon the registered agent will be successful.

6. Reissuance of the summons and service upon the registered agent is reasonably calculated to provide notice of this action and advance the case toward resolution on the merits.

7. The Sunbiz record for Voice Search Local, LLC reflects that the defendant remains active and identifies its registered agent for service of process. See **Exhibit A**.

8. The most recent Florida Annual Report filed by Voice Search Local, LLC was filed on April 24th, 2026, and identifies Jose Esquivel as the registered agent at 303 Asbury Way, Boynton Beach, Florida. The report also lists 1701 SE Tiffany Ave., Suite 105, Port Saint Lucie, Florida as the company's principal business address. See **Exhibit B**.

9. In summary, service failed at an address that the defendant publicly lists as its principal business location, not through any lack of diligence. I have subsequently identified the defendant's registered agent through official Florida corporate records and now seek a renewed service attempt to provide notice of this action.

## RELIEF SOUGHT

In light of the above, I request that this Motion for Reissuance of Summons and Service Upon Registered Agent be GRANTED in order to:

1. Direct the clerk of court to issue an alias summons to Voice Search Local, LLC;

2. Direct the United States Marshals Service to attempt service upon the registered agent identified in Florida Division of Corporations records:

   Jose Esquivel
   303 Asbury Way
   Boynton Beach, Florida 33426

3. Extend any applicable service deadline as necessary to permit completion of service; and

4. Grant such other and further relief as the court deems just and proper.

/s/ *Billy DeLacey*
Billy DeLacey
Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, as no defendant has yet appeared in this action, service of this motion was accomplished through the court's CM/ECF system to the extent applicable on this, the 16th day of June, 2026.

/s/ *Billy DeLacey*
Billy DeLacey