# Detail by Entity Name

Florida Limited Liability Company
VOICE SEARCH LOCAL LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L20000054636 |
| **FEI/EIN Number** | 84-4844263 |
| **Date Filed** | 02/18/2020 |
| **Effective Date** | 02/17/2020 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 08/24/2020 |
| **Event Effective Date** | NONE |

**Principal Address**

1701 SE TIFFANY AVE
SUITE 105
PORT SAINT LUCIE, FL 34952

**Mailing Address**

1701 SE TIFFANY AVE
SUITE 105
PORT SAINT LUCIE, FL 34952

**Registered Agent Name & Address**

Esquivel, Jose
303 ASBURY WAY
BOYNTON BEACH, FL 33426

Name Changed: 02/13/2024

Address Changed: 08/24/2020

**Authorized Person(s) Detail**

**Name & Address**

Title Authorized Member

INTERNET LISTING SOLUTIONS LLC
1701 SE TIFFANY AVE
SUITE 105

PORT SAINT LUCIE, FL 34952

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2024 | 02/13/2024 |
| 2025 | 04/15/2025 |
| 2026 | 04/24/2026 |

## Document Images

| | |
|---|---|
| 04/24/2026 -- ANNUAL REPORT | View image in PDF format |
| 04/15/2025 -- ANNUAL REPORT | View image in PDF format |
| 02/13/2024 -- ANNUAL REPORT | View image in PDF format |
| 01/24/2023 -- ANNUAL REPORT | View image in PDF format |
| 01/30/2022 -- ANNUAL REPORT | View image in PDF format |
| 02/01/2021 -- ANNUAL REPORT | View image in PDF format |
| 08/24/2020 -- LC Amendment | View image in PDF format |
| 02/18/2020 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations