**2026 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L20000054636

**Entity Name:** VOICE SEARCH LOCAL LLC

**FILED**
**Apr 24, 2026**
**Secretary of State**
**4202304143CC**

**Current Principal Place of Business:**

1701 SE TIFFANY AVE
SUITE 105
PORT SAINT LUCIE, FL 34952

**Current Mailing Address:**

1701 SE TIFFANY AVE
SUITE 105
PORT SAINT LUCIE, FL 34952 US

**FEI Number: 84-4844263**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

ESQUIVEL, JOSE
303 ASBURY WAY
BOYNTON BEACH, FL 33426 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: JOSE ESQUIVEL 04/24/2026

Electronic Signature of Registered Agent — Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AUTHORIZED MEMBER |
| Name | INTERNET LISTING SOLUTIONS LLC |
| Address | 1701 SE TIFFANY AVE<br>SUITE 105 |
| City-State-Zip: | PORT SAINT LUCIE FL 34952 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE ESQUIVEL MGR 04/24/2026

Electronic Signature of Signing Authorized Person(s) Detail — Date